RECEIVED
2022 MAR 11 PM 2:45
PIERCE CO. SHERIFF

**PIERCE COUNTY DISTRICT COURT**
**CASE INFORMATION COVER SHEET**

Court Case Number 2A732517C

Attorney Name: _____ Bar Number: _____

Plaintiff/Petitioner: Joseph Morris

Defendant/Respondent: Lush Retail

Amount of Suit: $89,000

Please check one category that best describes this case for indexing purposes. Accurate case indexing saves time in docketing new cases and assists in forecasting needed judicial resources. Cause of action definitions are listed on this form. Thank you for your cooperation.

| | |
|---|---|
| ____ Abusive Litigation (ABL) | ____ Municipal Court Judgment (MCJ) |
| ____ Alcohol Treatment (ALT) | ____ Name Change (CHN) |
| ____ Animal Impound (AMI) | ____ NSF Check (NSF) |
| ____ Anti-Harassment Petition (HAR) | ____ Open Account (OPA) |
| ____ Automobile Damages (AUT) | ____ Other (OTH) |
| ____ Breach of Contract (BRE) | ____ Petition for Seized Goods (PFS) |
| ____ Carry Concealed Weapon (CCW) | _x_ Personal Injury (PIN) |
| ____ Commercial Electronic Mail (CEM) | ____ Private Tow (PRI) |
| ____ Damage Deposit (DD) | ____ Property Damages (PRP) |
| ____ District Court Judgment (DCJ) | ____ Property Damages-Gangs (PRG) |
| ____ Domestic Violence Petition (DVP) | ____ Public Tow (PUB) |
| ____ Extreme Risk Protection Order (XRP) | ____ Rent (REN) |
| ____ Extreme Risk Protection Order-Under 18 (XRU) | ____ Replevin (REP) |
| ____ Firearm Forfeiture (PFA) | ____ Restitution (RES) |
| ____ Foreclosure Lien (FOR) | ____ Services Rendered (SER) |
| ____ Goods and Services (GS) | ____ Sexual Assault Protection (SXP) |
| ____ Lease Agreement (LA) | ____ Stalking Protection (STK) |
| ____ Loan (LOA) | ____ Transcript (TRN) |
| ____ Mental Illness (MI) | ____ Wages (WAG) |
| ____ Mental Illness-Juvenile (MIJ) | ____ Written Instrument (WR) |

See Reverse for Case Information Category Definitions

**If you cannot determine the appropriate category, please describe the cause of action below:**

_____

_____

*Please Note: Public information in court files and pleadings may be posted on a public Web site.*
## CASE INFORMATION DEFINITIONS

**Abusive Litigation** – Request to restrict a current or former intimate partner party from filing abusive litigation for the purposes of harassing, intimidating, or maintaining contact with the other party.
**Alcohol Treatment**-Petition for involuntary treatment for one who is incapacitated by alcohol.
**Animal Impound** – Civil animal impound proceedings filed pursuant to RCW 16.08.080.
**Anti-Harassment Petition**- Petition for protection from civil harassment.
**Automobile Damages**-Complaint involving damage to an automobile.
**Breach of Contract**-Complaint involving monetary dispute where a contract is involved.
**Carry Concealed Weapon**-Petition for permission to carry a concealed weapon by a person that was formerly denied a Concealed Weapons Permit.
**Commercial Electronic Mail**-Complaint involving receipt of unsolicited commercial email
**Damage Deposit**-Request for return of a damage deposit.
**District Court Judgment** – Criminal or infraction judgment filed by a collection agency representing a district court for legal action.
**Domestic Violence Petition**- Petition for protection from domestic violence.
**Extreme Risk Protection Order**-Petition to restrict ownership, possession, custody or control of a firearm or concealed weapons permit.
**Extreme Risk Protection Order Under 18**-Petition to restrict access, possession, purchase, custody or control of a firearm by a minor.
**Firearm Forfeiture** – Civil cause of action for firearm forfeiture proceedings filed pursuant to RCW 9.41.098.
**Foreclosure**-Complaint involving termination of ownership rights when a mortgage or tax foreclosure is involved, where ownership is not in question.
**Goods and Services**-Money owed for goods and services rendered.
**Lease Agreement**-money owed on lease agreement.
**Loan**-Money due on a loan.
**Mental Illness**-Petition for involuntary treatment for an adult who is incapacitated by mental illness.
**Mental Illness-Juvenile** - Petition for involuntary treatment for a juvenile who is incapacitated by mental illness.
**Municipal Court Judgment** - Criminal or infraction judgment filed by a collection agency representing a municipal court for legal action.
**Name Change**-Petition for name change.
**NSF Check**-Check written with non-sufficient funds in the account.
**Open Account**-Money due on a revolving account.
**Other**-Used when other cause codes do not apply.
**Personal Injury**-Complaint involving physical injury.
**Petition for Seized Goods**-Petition for return of money or possessions seized by a police agency.
**Private Tow**- Petition to challenge a vehicle impound ordered by a private party or business.
**Property Damage**-Complaint involving damage to property.
**Property Damage –Gangs** –Complaint involving damage to property related to gang activity.
**Public Tow**- Petition to challenge a vehicle impound ordered by a public agency (i.e., law enforcement).
**Rent**-Money due for rent owing.
**Replevin**-Action for recovery of personal property or monetary value.
**Restitution**-Petition for restoring property or proceeds, not an unlawful detainer.
**Written Instrument**-Money owed based upon a written instrument such as a promissory note, contract, etc.
**Services**- Money due for services rendered.
**Sexual Assault Protection Order**-Petition under RCW 7.90.020.
**Stalking Protection Order**-Petition under Chapt. 7 RCW for issuance of a stalking protection order.
**Transcript**-Transcript of judgment filed from another court.
**Wages**-Money owed for wages earned.

Updated: 12/28/2020

RECEIVED
2022 MAR 11 PM 2:45
PIERCE CO. SHERIFF

IN THE DISTRICT COURT FOR THE PIERCE COUNTY

JOSEPH A. MORRIS,  )
    Plaintiff,  )  No. 2A732517C
  )
v.  )
  )  SUMMONS (20 days)
LUSH RETAIL,  )
    Defendant.  )

    TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court by Joseph A. Morris, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

    In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and serve a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgement is one where plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned person you are entitled to notice before a default judgment may be entered.

    Any response or notice of appearance which you serve on any party to this lawsuit must also be filed by you with the court within 20 days after the service of summons, excluding the day of service.

    If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

    This summons is issued pursuant to rule 4 of the Civil Rules for the Courts of Limited Jurisdiction

_Joseph Allen Morris_
(Signed) Joseph A. Morris
Print or Type Name
(x) Plaintiff ( ) Plaintiff's Attorney
P.O. Address 9343 Moreland Ave SW, Lakewood, WA, 98498

Dated March 11, 2022    Telephone Number 1 (202) 602 - 9030

COMPLAINT TO THE HONORABLE JUDGE

RECEIVED
2022 MAR 11 PM 2: 45
PIERCE CO. SHERIFF

I. ISSUE PRESENTED

Does a citizen have the right to be compensated for the following:

Being injured because of following the direction of a product?

Performing poorly in scholastics because of the injuries sustained from a product?

Performing poorly in profession because of the injuries sustained from a product?

II. STATEMENT OF CASE

1. On March 3rd PLAINTIFF purchased "GOOD KARMA . . . EVERYBODY NEEDS SOME. SHOWER GEL" at "Lush Cosmetics - 4502 S Steele St - In the Tacoma Mall - (253) 474-0121" (product as seen in exhibit 1).
2. PLAINTIFF used the product on March 7th as directed per the product stated.
3. PLAINTIFF proceeded to "hop in the shower" as stated on the bottle (see exhibit 2).
4. PLAINTIFF then slipped and fell directly onto their back.
5. PLAINTIFF sustained severe back, neck, and head injuries.
6. PLAINTIFF had to drop three semester hours from Doctoral studies due to this injury, prolonging his graduation.
7. PLAINTIFF had to perform poorly at work due to this injury.
8. PLAINTIFF cannot tend to new-born.
9. PLAINTIFF's spouse must care for PLAINTIFF.

WHEREFOR, plaintiff seeks $89,000 and any other compensation for the following losses and injuries:

(1) $80,000 for medical expenses and injury

(2) $5,000 for degrading doctoral studies

(3) $2,000 for the inability to care for new-born

(4) $2,000 for spouse having to care for PLAINTIFF

(5) Whatever else the judge sees fit for - reasonable attorney fees and reasonable unmentioned injuries caused onto the PLAINTIFF by the DEFENDANT.

PLAINTIFF
Joseph A. Morris
202 – 602 – 9030
Mooselaw@hotmail.com

Filed in the district court
for the Pierce County on
March 11, 2022

By: *Joseph Allen Morris*